SCHROEDER, Circuit Judge,
concurring:
I concur in the result, but write separately because I do not agree with my colleagues that the issue of equitable tolling was waived. Sunrhodes was treated badly by his attorneys, who wasted much time and delayed notifying him of the state courts’ denial of relief. Nevertheless, there was time remaining in which the petition could have been filed. The district court considered equitable tolling both in granting the motion to dismiss and denying the Rule 59 motion. Sunrhodes has able lawyers on appeal. While I do not agree that we should regard the issue as waived, I do agree with the district court that Sun-rhodes did not make an adequate showing of extraordinary circumstances justifying equitable tolling. See Holland v. Florida, 560 U.S. 631, 649, 130 S.Ct. 2549, 177 L.Ed.2d 130 (2010).